UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

CHUTNEY JONTUL KING

CASE NO.: 26-50022-MCW
CHAPTER: 13

Debtor(s).[1]
__________________________________/

**ORDER GRANTING AGREED MOTION TO CONTINUE CONFIRMATION HEARING (ECF No. 31)**

THIS CASE is before the Court upon the Agreed Motion to Continue Confirmation Hearing ("Motion," ECF No. 31). Having considered the Motion, in which counsel represents that the Trustee does not oppose the relief requested, it is **ORDERED:**

1. The Motion is GRANTED.

2. The confirmation hearing, scheduled for August 27, 2026, is canceled and shall be rescheduled by separate notice to take place in approximately 60 days.

**DONE AND ORDERED** on August 25, 2026.

MARY W. COLÓN
Chief U.S. Bankruptcy Judge

[1] All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Service: Stephanie D. Roache, Esq. is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) business days of entry of the order.